IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LEONARD A. BOYLES, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 1:05CV22 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

UPON MOTION of the United States requesting that this Court Strike Plaintiff's Request for Admissions and, as stated in the Motion, Plaintiff has been served with a certified copy of the administrative record subject to review by this Court,

IT IS HEREBY ORDERED that the Plaintiff's Request for Admissions is stricken and the Commissioner is hereby relieved of any obligation to respond to such Request.

Signed: September 23, 2005

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge