# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV22

| | |
|---|---|
| LEONARD A. BOYLES, ) ) Plaintiff, ) ) Vs. ) ) JO ANNE B. BARNHART, Commissioner ) of Social Security, ) ) Defendant. ) ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **ALLOWED IN PART AND DENIED IN PART**, and the Commissioner's decision as reflected in Findings Numbers 1 through 6, at pages 48-49 of the Transcript of Proceedings, and the first paragraph of the Decision, at page 49 of the Transcript, of Administrative Law Judge Karen Baker, dated January 13, 2003, are hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that, because those rulings are affirmed, the Court declines to reach the alternative rulings.

**IT IS FURTHER ORDERED** that a representative payee be appointed by the Commissioner to manage the claimant's benefits.

Signed: February 1, 2006

Lacy H. Thornburg
United States District Judge